### Chicago & Alton Railroad Company v. Louisa Robbins.

1. APPEALS—*Involving a Freehold.*—In an action of trespass *quare clausum fregit*, in which a plea of *liberum tenementum* is filed and issue taken thereon, a freehold is involved, and this court has no jurisdiction of an appeal.

**Trespass**, *quare clausum fregit.*    Appeal from the Superior Court of Cook County; the Hon. WILLIAM G. EWING, Judge, presiding.    Heard in this court at the March term, 1897.    Appeal dismissed.    Opinion filed May 24, 1897.

JOHN M. SOUTHWORTH, attorney for appellant.

H. T. HELM, attorney for appellee.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

The appellee sued the appellant in trespass *qu. cl.*    The appellant pleaded *lib. ten.*    Issue was taken on that.

A freehold is involved, and this court has no jurisdiction of this appeal.    It is dismissed.    West Chicago St. R. R. v. Morrison, 54 Ill. App. 556; 160 Ill. 288.